```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES W. SMITH, JR.              :     CIVIL ACTION
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA, et al.     :     NO. 02-3683
```

ORDER

AND NOW, this 4th day of September, 2002, upon consideration of the letter of plaintiff's counsel seeking leave to file an amended complaint pursuant to Fed. R. Civ. P. 15, and the Court finding that James W. Smith, Jr. filed a complaint pro se and subsequently was appointed counsel, and the letter of plaintiff's counsel representing that defendant does not object to plaintiff filing an amended pleading, it is hereby ORDERED that:

    1.  Leave to file an amended complaint is GRANTED;

    2.  Plaintiff shall FILE his amended complaint by September 18, 2002; and

    3.  The Motion to Dismiss (Doc. No. 8) is DENIED AS MOOT.

                            BY THE COURT:

                            _____
                            Stewart Dalzell, J.