IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES W. SMITH | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 02-CV-3683 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| PHILADELPHIA PRISONS SYSTEM, | : | |
| THOMAS COSTELLO, and | : | |
| EARL HATCHER | : | |
| | : | |
| Defendants. | : | |

## PARTIAL MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil procedure, defendants move the Court to dismiss with prejudice Count II of plaintiff's Amended Complaint.

In support thereof, defendants rely upon the information and arguments set forth in the accompanying Memorandum of Law.

Respectfully submitted,


Dated: October ___, 2002

_____
DANIEL L. GARRY
Deputy City Solicitor
City of Philadelphia Law Department
Labor & Employment Unit
1515 Arch Street, 16th Floor
Philadelphia, PA  19102
(215) 683-5081