```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES W. SMITH, JR.             :    CIVIL ACTION
                                :
        v.                      :
                                :
CITY OF PHILADELPHIA, et al.    :    NO. 02-3683
```

## ORDER

AND NOW, after a Rule 16 conference this day, it is hereby ORDERED that:

1. The parties shall COMPLETE all discovery by March 7, 2003; and

2. Furthermore, by February 7, 2003, counsel for plaintiff shall report to the Court in writing on the progress of the parties' good-faith efforts at settlement, and whether a settlement conference at that time would be productive.

BY THE COURT:

_____
Stewart Dalzell, J.