```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES W. SMITH, JR.             :    CIVIL ACTION
                                :
      v.                        :
                                :
CITY OF PHILADELPHIA, et al.    :    NO. 02-3683
```

ORDER

AND NOW, this 10th day of February, 2003, upon consideration of counsel's epistolary report on the parties' incomplete discovery and related settlement discussions, it is hereby ORDERED that plaintiff's counsel shall REPORT to the Court in writing regarding the parties' good faith settlement efforts after the completion of the depositions referred to in her letter to the Court of this day, and this report shall be faxed to the Court no later than March 7, 2003 (<u>i.e.</u>, at the conclusion of <u>all</u> discovery).

BY THE COURT:

_____
Stewart Dalzell, J.