```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES W. SMITH, JR.          :    CIVIL ACTION
                             :
        v.                   :
                             :
CITY OF PHILADELPHIA, et al. :    NO. 02-3683

ORDER

AND NOW, this 11th day of March, 2003, upon consideration of plaintiff's March 6, 2003 report on the status of the parties' settlement efforts, it is hereby ORDERED that:

1. The parties shall FILE motions for summary judgment, if any, by March 21, 2003;

2. The parties shall FILE responses thereto by April 4, 2003; and

3. The scheduling of further proceedings shall abide further Order.

BY THE COURT:

_____
Stewart Dalzell, J.