```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES W. SMITH, JR. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-3683 |

ORDER

AND NOW, this 11th day of March, 2003, upon consideration of the epistolary request of the plaintiff received this day for an extension of time to file motions for summary judgment in which plaintiff's counsel represents that the transcript of the deposition of plaintiff which she ordered will not arrive until March 19, 2003, and defendants not objecting to an extension, it is hereby ORDERED that our previous Order entered this day is AMENDED to provide that any motions for summary judgment shall be FILED by March 28, 2003 and responses thereto shall be FILED by April 11, 2003.

BY THE COURT:

_____
Stewart Dalzell, J.