```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES W. SMITH, JR. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-3683 |

<u>ORDER</u>

AND NOW, this 3rd day of June, 2003, upon consideration of the letter of James W. Smith, Jr. faxed to us on May 19, 2003, which appears to be a request, which we will treat as a motion, to reopen this civil action for cause under Local Civil Rule 41.1(b), and the letter of Sharon K. Wallis, Esq. in response to that letter, and the Court finding that:

(a) On March 20, 2003, this civil action was terminated under Local Rule 41.1(b) when counsel for the parties informed us they had reached an agreement of settlement;

(b) Under Local Rule 41.1(b), this civil action may be reopened within ninety days, but only for cause shown;

(c) Smith sets out nothing in his letter that could constitute cause under the Local Rule;

Consequently, his motion to reopen is DENIED.

BY THE COURT:

_____
Stewart Dalzell, J.